**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

DELIA RODRIGUEZ, *on behalf of herself and those similarly situated*,

Plaintiff,

vs.

CERTIFIED CREDIT & COLLECTION BUREAU;
JOANNE M. POSSUMATO;
DIANA M. SCHOBEL;
and JOHN DOES 1 to 10,

Defendants.

Civil Action No. 2:19-cv-01649-KM-JAD

**ORDER TO FILE AMENDED COMPLAINT**

**THIS MATTER**, having been opened to the Court upon motion by Plaintiff, Delia Rodriguez, through her counsel, seeking leave of this Court to file an amended complaint; and the Court having reviewed and considered the motion and any objections thereto, if any, and for good cause appearing,

**IT IS ON THIS** _____ day of _____ , 2019,

**ORDERED** that Plaintiff, Delia Rodriguez, shall file and serve the First Amended Class Action Complaint within seven (7) days of the entry of this Order.

_____
**HON. KEVIN MCNULTY, U.S.D.J.**